UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        Mag. Judge Case No.
                                  )           04-1647-CBS
RONALD R. MASON                   )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Kevin Grady, Special Agent, Federal Bureau of Investigation, do hereby make oath before Charles B. Swartwood, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Ronald R. Mason on a failure to appear warrant filed in the Eastern District of Texas charging the defendant with violating his conditions of release in violation of 18 U.S.C., §3154.  I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_____
Kevin Grady
Special Agent
Federal Bureau of Investigation

        Subscribed and sworn to before me this 13th day of February,
2004.

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS