AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

1:03

## APPEARANCE

Case Number: 4:02cr27

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  RONALD RAY MASON

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/04 | [signature] |
| Date | Signature |
| | JEFFREY DENNER  120520 |
| | Print Name  Bar Number |
| | 4 LONGFELLOW PL  35MFC |
| | Address |
| | BOSTON  MA  02114 |
| | City  State  Zip Code |
| | 617-227-2800  617 973 1562 |
| | Phone Number  Fax Number |