AO 94
(Revised 8/97)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT  District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA  V.  RONALD RAY MASON | DOCKET NO.  District of Arrest  District of Offense    02cr27  MAGISTRATE JUDGE CASE NO.  District of Arrest    04-1647-CBS  District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ indictment    ☐ information    ☐ complaint    ☐ Other (specify)

charging a violation of    18   U.S.C. §   3154

**DISTRICT OF OFFENSE**
Eastern District of Texas

**DATE OF OFFENSE**
February 13, 2004

**DESCRIPTION OF CHARGES:**
Violation of Conditions of Release

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

MASSACHUSETTS

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| March 31, 2004 | /s/ Charles B. Swartwood, III |
|---|---|
| Date | United States Judge or Magistrate Judge |

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |